UNITED STATES COURT OF APPEALS FOR THE FOURTH CIRCUIT

**CERTIFICATE OF CONFIDENTIALITY, LOCAL RULE 25(c)**

No. 15-2209 Caption: In re: James Whitley; Ivey v. First Citizens Bank & Trust Company

Appellant

(appellant, appellee, petitioner, respondent, other)

certifies the following information regarding sealing of the document(s) described below:

1. Identify document(s) filed (e.g., sealed appendix volume, sealed version of brief):

**Volumes III and IV of the Joint Appendix**

2. Is sealing of document(s) necessary?

[ ] No
[**X**] Yes, to protect material sealed by district court/agency
[ ] Yes, to protect personal data identifiers

3. Date(s) of order(s) sealing the material or, if there is no order, the authority relied upon to treat the material as sealed:

**Orders of the United States Bankruptcy Court for the Middle District of North Carolina at Greensboro Entered on June 4, 2014 and June 11, 2014**

4. Terms of order sealing the material, including who is permitted access to sealed material (if filed ex parte, document must be marked SEALED and EX PARTE):

**Confidential and Personal Materials are filed under seal.**

5. (For SEALED APPENDIX) Sealed record material has been separated from any unsealed record material and placed in a separate, sealed volume of the appendix:

[**X**] Yes

6. (For SEALED BRIEFS, SEALED DOCUMENTS) Two versions of document are filed: Sealed version with sealed material highlighted and public version with sealed material redacted:

[ ] Yes

February 8, 2016
(date)

/s/ Charles M. Ivey, IV
*Counsel for Appellant*